UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: Hanson, Heather

BKY No. 17-31089

Chapter 7 Case

Debtor

UNSWORN DECLARATION FOR PROOF OF SERVICE

    I, Bennett Hartz, declare under penalty of perjury, that today I mailed copies of the previously-filed Motion to Vacate, by first class mail, postage prepaid, to each entity named below and to each entity named on the attached list, at the address stated for each entity:

All Creditors on Attached List

Executed on: November 21, 2018        */s/ Bennett Hartz*

```
Caliber Home Loans                Wings Financial Credit Union
PO Box 650856                     14985 Glazier Avenue Suite 100
Dallas, TX 75265                  Apple Valley, MN 55129-6539


Capital One Bankruptcy            Xcel Energy
PO Box 30285                      Attn: Correspondence Team
Salt Lake City UT  84130 3285     PO box 8
                                  Eau Claire WI  54702


Comcast
9602 S 300 W Ste B
Sandy, UT 84070



Exeter Finance Corp
PO Box 204480
Dallas, TX 75320-4480



FedLoan Servicing
PO Box 69184
Harrisburg PA  17106



Gordmans-Comenity
PO Box 182782
Columbus, OH 43218-2782



Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346



Menards Inc St Paul
2005 University Avenue West
St. Paul, MN



Minnesota Department of Revenue
551 Bkcy Section
PO Box 64447
St Paul MN 55164



Walker & Walker Law Offices, PLL
4356 Nicollet Ave So
Minneapolis, MN 55409
```