**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re: Hanson, Heather

                              **BKY No. 17-31089**

                                                 **Chapter 13 Case**

Debtor

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

      I, Bennett Hartz, declare under penalty of perjury, that today I mailed copies of Heather Hanson's Motion to Vacate Dismissal, its hearing continued to December 12, 2018 at 11:00 a.m., by first class mail, postage prepaid, to each entity named below and to each entity named on the attached list, at the address stated for each entity:

All Creditors on Attached List

Executed on: November 28, 2018                 */s/ Bennett Hartz*

St Paul
200 Warren E Burger Federal Building and
US Courthouse
316 N Robert St
St Paul, MN 55101-1465

Capital One Bankruptcy
PO Box 30285
Salt Lake City UT 84130-0285

Exeter Finance Corp
PO Box 204480
Dallas, TX 75320-4480

FedLoan Servicing
PO Box 69184
Harrisburg PA 17106-9184

Menards Inc St Paul
2005 University Avenue West
St. Paul, MN 55104-3431

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

Xcel Energy
Attn: Correspondence Team
PO box 8
Eau Claire WI 54702-0008

Curtis K Walker
Walker & Walker Law Offices PLLC
4356 Nicollet Ave S
Minneapolis, MN 55409-2033

Caliber Home Loans, Inc.
Wilford Geske & Cook, P.A.
7616 Currell Blvd
Suite 200
Woodbury, MN 55125-2296

Caliber Home Loans
PO Box 650856
Dallas, TX 75265-0856

Cavalry Spv I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Exeter Finance Corp.
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

Gordmans-Comenity
PO Box 182782
Columbus, OH 43218-2782

Minnesota Department of Revenue
551 Bkcy Section
PO Box 64447
St Paul MN 55164-0447

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Walker & Walker Law Offices, PLLC
4356 Nicollet Ave So
Minneapolis, MN 55409-2033

Xcel Energy North
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Gregory A Burrell
100 South Fifth Street
Suite 480
Minneapolis, MN 55402-1250

Exeter Finance, LLC
222 W. Las Colinas Blvd.
Suite 18N
Irving, TX 75039-5421

Caliber Home Loans, Inc.
P.O. Box 24330
Oklahoma City, OK 73124-0330

Comcast
9602 S 300 W Ste B
Sandy, UT 84070-3336

Exeter Finance LLC
4515 N Santa Fe Ave
Dept APS
Oklahoma City OK 73118-7901

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

PAYDAY LOAN YES
Williamson and Brown,LLC
4691 Clifton Pkwy
Hamburg, NY 14075-3201

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Wings Financial Credit Union
14985 Glazier Avenue Suite 100
Apple Valley, MN 55124-6539

Portfolio Recovery Associates, LLC
c/o Capital One Bank, N.A.
POB 12914
Norfolk VA 23541

Heather Mae Hanson
434 Charles Ave
St Paul, MN 55103-1906